Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4916 | **DATE** | July 15, 2002 |
| **CASE TITLE** | Bruce Gordon v. Midwest Musical Instrument et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The motion of the United States for summary judgment [ ] is allowed. ENTER MEMORANDUM OPINION.

(11) [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices faxed by judge's staff. | | JUL 16 2002 | |
| | Notified counsel by telephone. | | date docketed | 19 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to _____ | | 7/15/02 date mailed notice | |
| KAM | courtroom deputy's initials | Date/time received in central Clerk's Office | KAM mailing deputy initials | |

01-4916.001                                              July 15, 2002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRUCE GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>MIDWEST MUSICAL INSTRUMENT RENTAL INC., a dissolved Illinois Corporation, JOAN GORDON, and UNITED STATES OF AMERICA,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counterplaintiff/Crossclaimant,<br><br>v.<br><br>MIDWEST MUSICAL INSTRUMENT RENTAL INC., a dissolved Illinois Corporation, JOAN GORDON, and UNITED STATES OF AMERICA,<br><br>    Counterdefendant/Crossrespondent. | No. 01 C 4916<br><br>**DOCKETED**<br>JUN 1 6 2002 |

## MEMORANDUM OPINION

The court has read the materials filed by the United States and Joan Gordon regarding the motion of the United States for summary judgment on its crossclaim and counterclaim. The court agrees with the United States that there are no genuine issues of material fact and that the United States is entitled to judgment as a matter of law. In short, the tax liens of the United States attached to the assets of MMIR prior to the time Joan Gordon sold

those assets to Bruce Gordon. It was not possible for Joan Gordon to sell the assets to Bruce Gordon free of the liens.

The motion of the United States for summary judgment is allowed. Counsel for the United States may prepare a draft judgment order, submit it to all other counsel in the case for any objections as to form, and then submit the approved order for entry.[1]

DATED: July 15, 2002

ENTER: _____
John F. Grady, United States District Judge

---

[1] As the court has previously indicated, the balance of the case will then be remanded to the Circuit Court of Cook County because of a lack of subject matter jurisdiction.